UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Luxottica Group S.p.A. et al., <br><br> Plaintiff, <br><br> vs. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A" Defendants | Case No.: 1: 21-cv-06621 <br><br> **Judge Charles R. Norgle, Sr** <br><br> **Magistrate Judge Heather K. McShain** <br><br> **Declaration of Wei Huang** |

I, Wei Huang, declare as follows:

1. Except where expressly stated on information and belief, I have personal knowledge of the matters set forth below, and if called as a witness I could and would testify competently as follows:

2. I am the operator of Lasiyanor on Amazon.com, residing in China;

3. I never adverstised in Illinois;

4. I never hired anyone in Illinois;

5. I never visted Illinois;

6. I did not have any office in Illinois;

7. I paid no taxes in Ilinois;

8. I never shipped any alleged infringing products to Illinois except to the Plaintiff or its agent.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 01/25/2022                                          Respectfully Submitted

                                                                    By    /s/Wei Huang

                                                                         **Wei Huang**