**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC., | Case No. 21-cv-06621 |
| Plaintiffs, | **Judge Charles R. Norgle** |
| v. | **Magistrate Judge Heather K. McShain** |
| YIWU BEIYUAN GLASSES CO., LTD, et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. ("Plaintiffs") hereby dismiss this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Yiwu Beiyuan Glasses Co., ltd | 1 |
| Shenzhen New Image Technology Co., ltd. | 6 |
| YCGOplay Store | 12 |
| Ray Parker | 29 |

Dated this 28th day of January 2022.      Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc.*

2