IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YIWU BEIYUAN GLASSES CO., LTD, et al., <br><br> Defendants. | Case No. 21-cv-06621 <br><br> **Judge Charles R. Norgle** <br><br> **Magistrate Judge Heather K. McShain** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. ("Plaintiffs") hereby dismiss this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Shijiazhuang Aofeite Medical Device Co., ltd. | 3 |
| SHGM | 26 |
| SojoS Vision | 30 |
| VANLINKER | 33 |

Dated this 4th day of February 2022.	Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs
Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc.*