**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., et al., | |
| Plaintiffs, | Case No. 1:21-cv-06621 |
| v. | Hon. Charles R. Norgle |
| LASIYANOR, et al., | |
| Defendants. | |

## ORDER

Defendant Lasiyanor's motion to vacate the preliminary injunction and to dismiss for lack of personal jurisdiction [41] is denied as moot based on Plaintiffs' voluntary dismissal of Lasiyanor with prejudice under Rule 41(a)(1) [48].

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: February 25, 2022